DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 43,303

Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL BERNAL and ALICIA BERNAL, individually and d/b/a La Herradura De Miguel Bar a/k/a La Herradura, <br><br> Defendants. | CASE NO. CV-98-6443-RMT (SHx) <br><br> [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants MIGUEL BERNAL and ALICIA BERNAL, individually and d/b/a La Herradura De Miguel Bar a/k/a La Herradura, entered on 7/27/99 be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment                                        $6,800.00
    b. Costs after judgment                                $ -0-
    c. Attorneys fees:                                        $ -0-
    d. Subtotal (*add a and b*)                           $6,800.00

```
   e. Credits after judgment                          $   -0-
   f. Subtotal (subtract d from c)                    $6,800.00
   g. Interest after judgment                         $1,700.00
   h. Fee for filing renewal application              $   -0-
   I. Total renewed judgment (add e, 5, and g)        $8,500.00
```

DATED: ___09/4/08_____   CLERK, by ___Lori Muraoka_____,
                                Deputy

F:\USERS\DJCNEW\bernal.renewal

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV-98-6443-RMT (SHx)

2